IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN THOMPKINS | : | CIVIL ACTION |
| v. | : | |
| MERCY PHILADELPHIA HOSPITAL, et al. | : | NO. 10-2188 |

ORDER

AND NOW, this 20th day of September, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants to dismiss the claims of plaintiff for hostile work environment in Counts I, IV, and V, and the claim for disparate impact in Count II is GRANTED;

(2) the motion of defendants to dismiss the claim of plaintiff for retaliation under the Pennsylvania Human Relations Act, 43 Pa. Stat. Ann. § 955(d) in Count VI is GRANTED without prejudice; and

(3) the motion of defendants to dismiss is otherwise DENIED.

BY THE COURT:

_____
C.J.